EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Natividad Tomei Sorrentini | 2025 TSPR 2 <br><br> 215 DPR ___ |

Número del Caso: TS-10,127

Fecha: 8 de enero de 2025

Representante legal de la peticionaria:

Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*


Natividad Tomei Sorrentini          TS-10,127


RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de enero de 2025.

Examinada la *Solicitud de reactivación como abogada activa en el Registro Único de Abogados y Abogadas* presentada el 16 de diciembre de 2024 por la Sra. Natividad Tomei Sorrentini, se readmite únicamente al ejercicio de la abogacía.

Se ordena a la Secretaría registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). Además, se le ordena a la licenciada Tomei Sorrentini actualizar su información de contacto en el RUA.

En cuanto a la solicitud de readmisión al ejercicio de la notaría, la licenciada Tomei Sorrentini deberá tomar doce (12) créditos en notaría y presentar la correspondiente certificación acreditativa del Programa de Educación Jurídica Continua previo a disponer de su solicitud.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo